■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GOINES, Appellant. [672 NYS2d 755] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 13, 1997 (*People v Goines,* 235 AD2d 432), affirming a judgment of the Supreme Court, Queens County, rendered July 1, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Florio, McGinity and Luciano, JJ., concur.